# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Araujo, | No. CV-22-00228-TUC-SHR |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

On May 16, 2022, Plaintiff filed a Complaint in this matter. (Doc. 1.) Over 106 days have passed, and Plaintiff has failed to serve Defendants.

It is a plaintiff's duty to prosecute his claims. *Fidelity Philadelphia Trust Co. v. Pioche Mines Consolidated, Inc.*, 587 F.2d 27, 29 (9th Cir. 1978). Failing to complete service of the Summons and Complaint upon the Defendants within the 90 days required by Federal Rules of Civil Procedure Rule 4(m) constitutes a failure to prosecute, which may lead to dismissal. Fed. R. Civ. P. 4, 41(b); LRCiv 41.1.

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** within seven (7) days of the date of this Order, Plaintiff must file with the Court a written notice demonstrating good cause why this Complaint should not be dismissed for failure to serve. Failure to comply with this Order may result in dismissal of the Complaint without further notice. *See* Fed. R. Civ. P. 4, 41(b); LRCiv 41.

Dated this 30th day of August, 2022.

Honorable Scott H. Rash
United States District Judge